**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF INDIANA**
**INDIANAPOLIS DIVISION**

---

In Re: COOK MEDICAL, INC., IVC FILTERS          Case No. 1:14-ml-2570-RLY-TAB
MARKETING, SALES PRACTICES AND                                  MDL No. 2570
PRODUCTS LIABILITY LITIGATION

---

This Document Relates to:

Jimmy Dixon and Ann Dixon

---

Civil Case # 1:19-cv-01047-RLY-TAB

---

## <u>NOTICE OF APPEARANCE</u>

To:     The Clerk of the Court and all parties of record:

I am admitted or otherwise authorized to practice in this Court, and I appear in this case as

counsel for Plaintiffs Jimmy Dixon and Ann Dixon.

Dated: April 14, 2025.                          Respectfully submitted,

                                                */s/ Ben C. Martin*
                                                Ben C. Martin, TX Bar No. 13052400
                                                **Ben Martin Law Group, PLLC**
                                                3141 Hood Street, Suite 600
                                                Dallas, TX 75219
                                                Tel.:  (214) 761-6614
                                                Fax:  (214) 744-7590
                                                bmartin@bencmartin.com

                                                ***Attorney for Plaintiffs***

## <u>CERTIFICATE OF SERVICE</u>

I hereby certify that on April 14, 2025, I electronically filed the foregoing document with the Clerk of the Court using the CM/ECF system which will send notification of such filing to the CM/ECF participants registered to receive service in this matter.  Parties may access this filing through the Court's system.

*/s/ Ben C. Martin*
Ben C. Martin
